| | | |
|---|---|---|
| | AUSA: Barbara Lanning | Telephone: (313) 226-9103 |
| AO 91 (Rev. 11/11) Criminal Complaint | Task Force Officer: Joshua Scott, ATF | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
William Cheeves

Case No. 24-30286

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Scott, Task Force Officer ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 24, 2024

_____
Judge's signature

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Joshua Scott, being duly sworn, depose and state the following:

## I. INTRODUCTION

1.      I am a Task Force Officer "TFO" with the Detroit Police Department and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since August 2020.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law. I have received extensive training at and successfully graduated from the Detroit Police Training Academy as a Police Officer.  I have worked patrol for 2 years including a year of routine patrol and a year in the 5th precinct special operations unit. During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug tracking violations, and offenses by criminal street gangs, among others. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of

establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning William CHEEVES, for violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## II. PROBABLE CAUSE

4. I reviewed records related to CHEEVES'S criminal history and learned the following:

> a. On or about February 26, 1997, CHEEVES pleaded guilty to one count of attempt receiving and concealing stolen property and one count of assaulting, resisting, or obstructing a police officer in Detroit Recorder's Court (now the Third Judicial Circuit Court,

Wayne County, Michigan). On or about June 5, 1997, CHEEVES was sentenced to two years of probation;

b. On or about October 1, 1998, CHEEVES pleaded guilty to one count of home invasion – second degree in Detroit Recorder's Court (now the Third Judicial Circuit Court, Wayne County, Michigan). On or about October 15, 1998, CHEEVES was sentenced to a term of one year of incarceration in the Wayne County Jail, followed by probation. CHEEVES violated probation and on September 13, 1999 was resentenced to one to fifteen years' incarceration with the Michigan Department of Corrections;

c. On or about February 4, 2004, CHEEVES pleaded guilty to one count of controlled substance – delivery/manufacture cocaine or other narcotic in the Third Judicial Circuit Court, Wayne County, Michigan. On or about February 19, 2004, CHEEVES was sentenced to twelve months of incarceration, followed by two years of probation;

d. On or about November 30, 2004, CHEEVES pleaded guilty to one count of assaulting, resisting, or obstructing a police officer in the Third Judicial Circuit Court, Wayne County, Michigan. On or about

January 16, 2005, CHEEVES was sentenced to three years of probation;

e. On or about May 11, 2009, CHEEVES pleaded guilty to one count of delivery/manufacture marijuana in the Third Judicial Circuit Court, Wayne County, Michigan. On or about July 6, 2009, CHEEVES was sentenced to 18 months of probation. CHEEVES violated probation and on January 24, 2010 was resentenced to nine months to four years' incarceration with the Michigan Department of Corrections;

f. On or about September 4, 2009, CHEEVES pleaded guilty to two counts of delivery/manufacture marijuana in the Third Judicial Circuit Court, Wayne County, Michigan. On or about September 30, 2009, CHEEVES was sentenced to 12 months of incarceration, followed by probation;

g. On or about December 19, 2020, CHEEVES was arrested and charged with assault with intent to do great bodily harm less than murder, felon in possession of a firearm, felonious assault, several counts of felony firearm, and one count of misdemeanor domestic violence. On or about February 9, 2023, CHEEVES pleaded guilty to one count of felon in possession of a firearm. On March 17, 2023,

        CHEEVES was sentenced to one year incarceration in the Wayne County Jail, followed by two years of probation. CHEEVES'S probation remains active.

5. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Due to the number of CHEEVES'S felony convictions, the amount of time he has been incarcerated as a result of those convictions, and the fact that he is on probation for the offense felon in possession of a firearm, there is probable cause to believe that CHEEVES is aware of his status as a convicted felon.

6. On July 21, 2024, at approximately 6:22 a.m., Detroit Police Department (DPD) officers were dispatched to the intersection of Glenfield Avenue and Conner Street in Detroit. Responding officers found a 2020 Ford Explorer parked in the middle of the street. Officers walked up to the car and found CHEEVES asleep in the driver's seat with a handgun in his lap. The officers tapped on the vehicle's window, waking CHEEVES up. An officer asked CHEEVES if he had a concealed pistol license. CHEEVES replied that he did not. The officers seized the firearm—a loaded black Smith & Wesson CSX 9mm handgun—from CHEEVES'S lap.

7. On July 23, 2024, I contacted ATF Interstate Nexus Expert, Special

Agent Kevin Rambus, and provided information about the black Smith & Wesson handgun. SA Rambus concluded that the firearm was manufactured outside the State of Michigan, and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III.   CONCLUSION

8.   Probable cause exists to believe that on July 21, 2024, William CHEEVES knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1). This violation occurred within the Eastern District of Michigan.

_____
Joshua Scott, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:   July 24, 2024